UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YOR
_____

RUTH M.,

                             **Plaintiff,**

          v.                                                     6:22-CV-143
                                                                         (FJS/DEP)
COMMISSIONER OF SOCIAL SECURITY,

                             **Defendant.**
_____

**APPEARANCES**                                     **OF COUNSEL**

**OFFICE OF PETER W. ANTONOWICZ**    **PETER W. ANTONOWICZ, ESQ.**
148 West Dominick Street
Rome, New York 13440
Attorneys for Plaintiff

**SOCIAL SECURITY ADMINISTRATION**    **FERGUS J. KAISER, ESQ.**
**OFFICE OF GENERAL COUNSEL**            **CHRISTOPHER L. POTTER, ESQ.**
6401 Security Boulevard
Baltimore, Maryland 21235
Attorneys for Defendant

**SCULLIN, Senior Judge**

## ORDER

Plaintiff brought this action pursuant to 42 U.S.C. § 405(g) seeking review of Defendant's final decision that she was not disabled. *See* Dkt. No. 1. The parties filed motions for judgment on the pleadings on July 29, 2022, and September 9, 2022. *See* Dkt. No. 12 (Plaintiff's motion); Dkt. No. 13 (Defendant's motion). Magistrate Judge Peebles issued a Report and Recommendation on November 15, 2022, *see* Dkt. No. 16, to which neither party filed any objections.

In his Report and Recommendation, Magistrate Judge Peebles recommended that the Court (1) grant Defendant's motion for judgment on the pleadings, *see* Dkt. No. 13, (2) deny Plaintiff's motion for judgment on the pleadings, *see* Dkt. No. 12, and (3) dismiss Plaintiff's complaint.

"'When a party does not object to a magistrate judge's report-recommendation, the court reviews that report-recommendation for clear error or manifest injustice.'" *Young v.* Polizzi, No. 9:16-CV-660, 2018 WL 3949942, *1 (N.D.N.Y. Aug. 16, 2018) (quoting *Ward v.* Lee, No. 9:16-CV-1224, 2018 WL 3574872, *1 (N.D.N.Y. July 25, 2018) (citation omitted)). "'After conducting this review, "the Court may 'accept, reject, or modify, in whole or in part, the . . . recommendations made by the magistrate judge.'"'" *Id.* (quotation omitted).

The Court has reviewed Magistrate Judge Peebles' November 15, 2022 Report and Recommendation for clear error and manifest injustice; and, finding none, the Court hereby

**ORDERS** that Magistrate Judge Peebles' November 15, 2022 Report and Recommendation, *see* Dkt. No. 16, is **ACCEPTED in its entirety** for the reasons stated therein; and the Court further

**ORDERS** that Plaintiff's motion for judgment on the pleadings, *see* Dkt. No. 12, is **DENIED**; and the Court further

**ORDERS** that Defendant's motion for judgment on the pleadings, *see* Dkt. No. 13, is **GRANTED**; and the Court further

**ORDERS** that the Clerk of the Court shall enter judgment in favor of Defendant and close this case.

**IT IS SO ORDERED.**

Dated: December 19, 2022
       Syracuse, New York

Frederick J. Scullin, Jr.
Senior United States District Judge